UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

'03 DEC 10 A 9:49

U.S. DISTRICT COURT
DISTRICT OF MASS.

No. 03 MJ 686

UNITED STATES OF AMERICA

vs.

DANA BAILEY

### DEFENDANT'S MOTION TO RESCHEDULE CONFERENCE

Defendant Dana Bailey, through undersigned counsel, requests an order that the conference scheduled for December 11, 2003 be rescheduled to December 18, 2003 at 2:30 p.m. As grounds for this motion, counsel states that she is currently engaged in the trial of a murder indictment in Suffolk Superior Court, Commonwealth v. Meshach Little, which is not expected to be concluded until December 12, 2003 or thereafter, and accordingly she will not be able to attend the conference in this Court at the scheduled time.

Respectfully submitted,
Defendant Dana Bailey

By /s/ Linda J. Thompson
Linda J. Thompson
THOMPSON & THOMPSON, P.C.
1331 Main Street, Suite 320
Springfield, MA 01103

[413] 739-2100

## Certificate Of Service

I hereby certify that a true and accurate copy of the foregoing motion has been served upon Assistant United States Attorney William M. Welch II, 1550 Main Street, Springfield, MA 01103 by first class mail, postage prepaid, this 9th day of December, 2003.

John M. Thompson